UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAVON D. PITCHFORD,

        Petitioner,

v.

ERIC JACKSON,

        Respondent.

CASE NO. C18-347-RAJ-BAT

**ORDER OF DISMISSAL**

The Court, having reviewed Petitioner's 28 U.S.C. § 2254 habeas petition, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and **ORDERS** as follows:

(1)     The Court **ADOPTS** the Report and Recommendation;

(2)     Petitioner's federal habeas petition (Dkt. 1) is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 2244(d)(1);

(3)     Petitioner is **DENIED** issuance of a certificate of appealability;

(4)     The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 8th day of May, 2018.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1